UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**RUSSELL BRADLEY,**

    **Plaintiff,**

**v.**                                                             Case No.  3:25-cv-1573-TKW-ZCB

**BRUCE CAMACHO,**

    **Defendant.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the amended complaint is an impermissible shotgun pleading.  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is DISMISSED without prejudice because the amended complaint is an impermissible shotgun pleading that does not comply with the Federal Rules of Civil Procedure.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 14th day of November, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**